# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Jennifer L. Barton, individually and as Personal Representative of the Estate of Ivan William Barton, and on behalf of the heirs-at-law and wrongful death beneficiaries of Ivan William Barton, | ) ) ) ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| Pioneer Drilling Services LTD, a Wyoming Corporation; Pioneer Drilling Company, Inc., a Texas Corporation; EOG Resources, Inc., a Texas Corporation, and; John Doe Corporations I-X; and John Doe Individuals I-X, | ) ) ) ) ) ) |
| Defendants. | ) Case No. 4:11-cv-037 ) |

Before the court is the plaintiff's motion for attorney Michael D. Newman to appear *pro hac vice* on her behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Michael D. Newman has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 6) is **GRANTED**. Attorney Michael D. Newman is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge