# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Jennifer L. Barton, individually and as Personal Representative of the Estate of Ivan William Barton, and on behalf of the heirs-at-law and wrongful death beneficiaries of Ivan William Barton, Deceased, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER ADOPTING STIPULATION TO MODIFY SCHEDULING/DISCOVERY PLAN** |
| vs. | ) ) | |
| Pioneer Drilling Services, LTD, a Wyoming Corporation; Pioneer Drilling Company, Inc., a Texas Corporaton; EOG Resources, Inc., a Texas Corporation, and; John Doe Corporations, I-X; and John Doe Individuals, I-X, | ) ) ) ) ) ) ) | Case No.: 4:11-cv-037 |
| Defendants. | ) | |

On January 13, 2012, the parties filed a Stipulation to Modify Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 17). The pretrial deadlines shall be modified as follows:

1. The parties shall have until May 1, 2012 to complete fact discovery and to file discovery motions.

2. The Plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before June 1, 2012. The Defendants shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before July 1, 2012. (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

1

3. The parties shall have until September 15, 2012 to complete discovery depositions of expert witnesses.

4. The parties shall have until September 30, 2012 to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court