# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Jennifer L Barton, individually and as Personal Representative of the Estate of Ivan William Barton, and on behalf of the heirs-at-law and wrongful death beneficiaries of Ivan William Barton, Deceased, ) ) ) ) ) ) ) | ) **ORDER** |
| Plaintiff, ) ) | |
| vs. ) ) | Case No.: 1:11-cr-037 |
| Pioneer Drilling Services LTD a Wyoming Corporation; Pioneer Drilling Company, Inc., a Texas Corporation; EOG Resources, Inc., a Texas Corporation; John Doe Corporations I-X; and John Doe Individuals I-X; ) ) ) ) ) ) ) | |
| Defendants. ) | |

Before the court is the parties' Third Stipulation to Modify Scheduling/Discovery Plan. The court **ADOPTS** the parties stipulation (Docket No. 24). The scheduling/discovery plan shall be modified as follows:

1. The Plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before July 30, 2012. The Defendants shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before August 30, 2012. (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on the other parties, but not filed with the court.)

2. The parties shall have until August 1, 2012, to file other dispositive motions

(summary judgment as to all or part of the case).

Dated this 27th day of June, 2012.

>*/s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge