IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Jennifer L. Barton, individually and as Personal Representative of the Estate of Ivan William Barton, and on behalf of the heirs-at-law and wrongful death beneficiaries of Ivan William Barton, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Pioneer Drilling Services LTD, a Wyoming Corporation; Pioneer Drilling Company, Inc., a Texas corporation, EOG Resources, Inc., a Texas corporation, and John Doe corporations I-X; and John Doe Individuals I-X,<br><br>Defendants. | **ORDER**<br><br><br><br>Case No. 4:11-cv-037 |

Trial in the above-entitled action commenced on July 8, 2013. (Docket No. 11). On July 11, 2013, the fourth day of trial, the parties advised the court outside the jury's presence that a settlement had been reached and that they would need approximately ninety days to prepare and submit closing documents. (Id.). More than a year has passed since the court and the parties have yet to submit closing documents. Other than filing transcripts of witness testimony on September 13, 2013, and plaintiff's opening statement on January 2, 2014, there has been no further activity in this case. (Docket Nos. 112 and 114). Consequently, the court shall require the parties to file a brief report updating the court on the status of this action by August 24, 2014.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court